UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANJITA GURUNG,<br><br>*Plaintiff,*<br><br>-vs.-<br><br>METAQUOTES LTD., a Cyprus corporation; METAQUOTES SOFTWARE CORP., a Bahamas corporation; METAQUOTES SOFTWARE CORP., a Delaware corporation; FOREXWARE LLC a Delaware Limited Liability Company; SICH CAPITAL LTD, a United Kingdom corporation; OPSON INTERNATIONAL TECHNICAL SERVICE CO., LTD., a Hong Kong corporation; VOREX TRADING LLC, a Georgia corporation; SOPHIE CAPITAL FINANCIAL TRADING LTD, a Canadian corporation; and<br><br>JOHN DOE,<br><br>*Defendants.* | 1:23-cv-06362-OEM-PK<br><br>**STATUS REPORT**<br><br>Judge Orelia E. Merchant<br><br>Magistrate Judge Peggy Kuo |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's October 7, 2024 order, Plaintiff Anjita Gurung, by and through undersigned counsel, submits this Status Report reporting on the progress of discovery and an update on how Plaintiff intends to proceed against MetaQuotes Software Corp., a Delaware corporation ("MSDE").

Plaintiff submits this status report only on her own behalf because Defendants MetaQuotes Ltd., a Cyprus corporation; and MetaQuotes Software Corp., a Bahamas corporation (together "MetaQuotes"), and Defendant Forexware LLC ("Forexware") were dismissed from this action on August 16, 2024, and because no other Defendant has made an appearance. As noted in Plaintiff's October 4, 2024 status report, Plaintiff attempted to serve both SICH Capital, Ltd. ("SICH Capital") and Sophie Capital Financial Trading, Ltd. ("Sophie Capital"), but has been unable to effectuate service. Plaintiff has attempted to contact the other Defendants, Opson International Technical Service Co., Ltd. ("Opson") and Vorex Trading LLC ("Vorex") through email addresses provided by MetaQuotes but the majority of the email addresses are no longer operational, and Plaintiff has received no response from the sole operational email address. Based on discovery

and investigation to date, Plaintiff believes that the brokers are illegitimate and/or dissolved entities, and are located abroad. Through discovery provided by MetaQuotes prior to its dismissal, Plaintiff has learned of an individual who was identified as Defendant Vorex's employee, representative, and potential officer, bearing the title "Paymaster". Since the last status report, Plaintiff located a potential address for the individual within the state of New York and attempted to effectuate service on Vorex through this individual, but was ultimately unsuccessful. It appears that he no longer resides at the address. Following diligent discovery, Plaintiff has been unable to determine the identity of the John Doe defendant. Plaintiff is continuing to evaluate her options with respect to the broker defendants.

During the course of the case, the MetaQuotes Defendants represented that they were unrelated to the MSDE entity, and Plaintiff has been unable to establish that the MSDE entity is within the MetaQuotes Defendants' corporate structure. Accordingly, Plaintiff has filed a notice to dismiss MSDE from the case.

Dated: November 8, 2024

Respectfully submitted,

*/s/ Shong Yin*
Monica Mleczko*
Peter Welsh*
**ROPES & GRAY LLP**
Prudential Tower 800 Boylston Street
Boston, MA 02199
T: (617) 951-7000
Monica.Mleczko@ropesgray.com
Peter.Welsh@ropesgray.com

Karina Thomas
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue NW
Washington, DC 20006
T: (202) 508-4600
Karina.Thomas@ropesgray.com

Shong Yin
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303
T: (650) 617-4078
Shong.Yin@ropesgray.com

Marshal J. Hoda*
**THE HODA LAW FIRM, PLLC**
3120 Southwest Fwy Ste 101 Pmb 51811
Houston, TX 77098
T: (832) 848-0036
Marshal@thehodalawfirm.com

*Attorneys for Plaintiff*

* Admitted *pro hac vice*