UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANJITA GURUNG,

              Plaintiff,                                JUDGMENT

  v.                                                       23-cv-06362-OEM-PK

METAQUOTES LTD., a Cyprus corporation;
METAQUOTES SOFTWARE CORP.,
a Bahamas corporation; METAQUOTES
SOFTWARE CORP., a Delaware corporation;
FOREXWARE LLC, a Delaware Limited
Liability Company; SICH CAPITAL LTD, a
United Kingdom corporation; OPSON
INTERNATIONAL TECHNICAL SERVICE
CO., LTD., a Hong Kong corporation; VOREX
TRADING LLC, a Georgia corporation; SOPHIE
CAPITAL FINANCIAL TRADING LTD, a Canadian
Corporation; and JOHN DOE,

              Defendants.
----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Orelia E. Merchant, United States District Court, having been filed on August 16, 2024, granting the MSC Defendants' motion to dismiss; granting Forexware's motion to dismiss; dismissing the MSC Defendants and Forexware as parties to this action; and an Order having been filed on February 13, 2025, granting the Motion for Entry of Judgment under Rule 54(b); it is

       ORDERED and ADJUDGED that the MSC Defendants' motion to dismiss is granted; that Forexware's motion to dismiss is granted; that the MSC Defendants and Forexware are dismissed as parties to this action; and that the Motion for Entry of Judgment under Rule 54(b) is granted.

Dated: Brooklyn, New York                                                Brenna B. Mahoney
       February 18, 2025                                                     Clerk of Court

                                                                              By:    */s/Jalitza Poveda*
                                                                                       Deputy Clerk